UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANICHAHN RATTS,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMERCE WEST INSURANCE COMPANY, a foreign insurance company,<br><br>                Defendant. | NO: 1:18-CV-3174-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal with Prejudice and without Fees and Costs (ECF No. 12). The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared. Here, the parties have stipulated "to the dismissal of all claims in this suit with prejudice, and without an award of attorney fees or costs to either party." ECF No. 12 at 1.

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, the claims asserted in this action are **DISMISSED** with prejudice and without an award of attorney fees or costs to either party.

All deadlines, hearings and trial are stricken.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED April 25, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2