# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MANICHAHN RATTS,<br>*Plaintiff*<br>v.<br>COMMERCE WEST INSURANCE COMPANY,<br>a foreign insurance company,<br>*Defendant* | ) <br> ) <br> ) Civil Action No. 1:18-CV-3174-TOR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims in this matter are DISMISSED with prejudice and without an award of attorney fees or costs to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Stipulation of the Parties. ECF No. 12.

Date: April 25, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen